**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter **7**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Zanoon Inc** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Crepevine/Cascabel** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4551869** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1131-1133 4TH ST** <br> **San Rafael, CA 94901** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Marin** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case: 25-30519   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 21:24:55   Page 1 of 33

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Case: 25-30519    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 21:24:55    Page 2 of 33

Debtor    **Zanoon Inc**                                          Case number (*if known*) _____
          Name

List all cases. If more than 1,    Debtor _____    Relationship _____
attach a separate list             District _____ When _____    Case number, if known _____

---

**11.  Why is the case filed in      *Check all that apply:***
       *this district?*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or       ■ No**
       **have possession of any**
       **real property or personal   ☐ Yes.**   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **property that needs**
       **immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____
                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency   _____

          Contact name   _____

          Phone   _____

---

█    **Statistical and administrative information**

**13.  Debtor's estimation of     .    *Check one:***
       **available funds**

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**   ■ 1-49                  ☐ 1,000-5,000           ☐ 25,001-50,000
       **creditors**           ☐ 50-99                 ☐ 5001-10,000           ☐ 50,001-100,000
                               ☐ 100-199               ☐ 10,001-25,000         ☐ More than100,000
                               ☐ 200-999

---

**15.  Estimated Assets**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                            ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                            ■ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                            ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16.  Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                 ☐  $50,001 - $100,000       ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                 ■ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                        page 3

| Debtor | Zanoon Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 1, 2025**
MM / DD / YYYY

**X**   **/s/ Maher Fakhouri**        **Maher Fakhouri**
Signature of authorized representative of debtor      Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X**   **/s/ Law Offices of Yasha Rahimzadeh**     Date   **July 1, 2025**
Signature of attorney for debtor       MM / DD / YYYY

**Law Offices of Yasha Rahimzadeh**
Printed name

**Law Offices of Yasha Rahimzadeh**
Firm name

**500 Capitol Mall, Suite 2350**
**Sacramento, CA 95814**
Number, Street, City, State & ZIP Code

Contact phone   **916-337-8066**     Email address   **yrlaw@attorneynorcal.com**

Bar number and State

Case: 25-30519    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 21:24:55    Page 4 of 33

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

**Fill in this information to identify the case:**

Debtor name    **Zanoon Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  1, 2025**          *X* **/s/ Maher Fakhouri**
                                          Signature of individual signing on behalf of debtor

                                          **Maher Fakhouri**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Case: 25-30519    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 21:24:55    Page 5 of 33

Fill in this information to identify the case:

Debtor name **Zanoon Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................. $ **235,951.39**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................... $ **235,951.39**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ **928,623.14**

4. **Total liabilities** ................................................................................................................................................
   Lines 2 + 3a + 3b                                                         $ **928,623.14**

Case: 25-30519   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 21:24:55   Page 6 of 33

**Fill in this information to identify the case:**

Debtor name     **Zanoon Inc**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.

☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Wells Fargo** | **Checking** | **1658** | **$14,925.39** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**          $14,925.39

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.

☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.

☐ Yes Fill in the information below.

**Part 4:        Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.

☐ Yes Fill in the information below.

Case: 25-30519    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 21:24:55    Page 7 of 33

<br>

**Part 5:**        **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** <br> **Fryers (2)** | | $700.00 | Comparable sale | $700.00 |
| **36" Boiler** | | $1,000.00 | Comparable sale | $1,000.00 |
| **48" flat grill** | | $1,000.00 | Comparable sale | $1,000.00 |
| **48" flat grill with oven** | | $1,200.00 | Comparable sale | $1,200.00 |
| **96" Chef base refrigerator** | | $2,000.00 | Comparable sale | $2,000.00 |
| **Wall Cheese melter** | | $800.00 | Comparable sale | $800.00 |
| **(2) 60" sandwich case** | | $2,000.00 | Comparable sale | $2,000.00 |
| **Stainless steel table with Sink** | | $500.00 | Comparable sale | $500.00 |
| **2 compartment sink** | | $800.00 | Comparable sale | $800.00 |
| **3 compartment sink** | | $800.00 | Comparable sale | $800.00 |
| **48" under counter refrigerator** | | $900.00 | Comparable sale | $900.00 |
| **2 door freezer** | | $1,500.00 | Comparable sale | $1,500.00 |
| **Meat slicer** | | $500.00 | Comparable sale | $500.00 |
| **Waffle maker** | | $300.00 | Comparable sale | $300.00 |

Debtor **Zanoon Inc**
Name                                            Case number *(If known)* _____

| Item | | Value | Method | Value |
|---|---|---|---|---|
| **S/S work Table** | | $500.00 | **Comparable sale** | $500.00 |
| **Large cube Ice Maker** | | $2,000.00 | **Comparable sale** | $2,000.00 |
| **5' Draft beer ref** | | $1,000.00 | **Comparable sale** | $1,000.00 |
| **6' draft beer ref.** | | $1,000.00 | **Comparable sale** | $1,000.00 |
| **Zuex orange juicer** | | $1,500.00 | **Comparable sale** | $1,500.00 |
| **Vegetable juicer** | | $800.00 | **Comparable sale** | $800.00 |
| **2 group espresso machine** | | $1,800.00 | **Comparable sale** | $1,800.00 |
| **2 bar back refrigerators** | | $2,000.00 | **Comparable sale** | $2,000.00 |
| **48" under counter ref** | | $800.00 | **Comparable sale** | $800.00 |
| **40 Dining room tables** | | $3,000.00 | **Comparable sale** | $3,000.00 |
| **80 chairs** | | $2,800.00 | **Comparable sale** | $2,800.00 |
| **18 bar stools** | | $1,000.00 | **Comparable sale** | $1,000.00 |
| **6 Wall mount TV** | | $1,800.00 | **Comparable sale** | $1,800.00 |
| **14 metro shelves** | | $2,800.00 | **Comparable sale** | $2,800.00 |
| **China plates and silverware** | | $3,000.00 | **Comparable sale** | $3,000.00 |
| **Kitchen small ware, pots and pans** | | $5,000.00 | **Comparable sale** | $5,000.00 |
| **Miscellaneous items** | | $2,000.00 | **Comparable sale** | $2,000.00 |
| **Liquor** | | $2,000.00 | **Comparable sale** | $2,000.00 |

23. **Total of Part 5.**                                            $48,800.00

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 3

Case: 25-30519   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 21:24:55   Page 9 of 33

Debtor    **Zanoon Inc**_____    Case number *(If known)* _____
              Name

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value    _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Office desktop computer** | $500.00 | Comparable sale | $500.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                                              $500.00
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property                    page 4

Case: 25-30519   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 21:24:55   Page 10 of 33

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1.    **2016 Nissan NV S Van (110,000)**          **$6,725.00**    **KBB Valuatioon**          **$6,725.00**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                                              **$6,725.00**

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

|     | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** **Crepevine license** | **$1.00** | **Recent cost** | **$1.00** |
|     | **Liquor license (Marin County)** | **$75,000.00** | **Comparable sale** | **$165,000.00** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.    **Total of Part 10.**                                                            **$165,001.00**

       Add lines 60 through 65. Copy the total to line 89.

Case: 25-30519    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 21:24:55    Page 11 of 33

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

     ■ No
     ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ■ No
     ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No. Go to Part 12.
     ☐ Yes Fill in the information below.

Case: 25-30519    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 21:24:55    Page 12 of 33

Debtor __**Zanoon Inc**_____  Case number *(If known)* _____
      Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,925.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $48,800.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,725.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $165,001.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $235,951.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $235,951.39 |

Case: 25-30519   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 21:24:55   Page 13 of 33

**Fill in this information to identify the case:**

Debtor name    **Zanoon Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
     amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Case: 25-30519    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 21:24:55    Page 14 of 33

Debtor name **Zanoon Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**SAN RAFAEL PROPERTIES LLC**<br>**12 E CRESCENT DR**<br>**San Rafael, CA 94901**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Commercial landlord**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400,000.00** |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Birite**<br>**123 S. Hill Dr.**<br>**Brisbane, CA 94005**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$27,388.14** |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**BORDENAVES**<br>**1512 4TH Street**<br>**San Rafael, CA 94901**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,000.00** |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**COMCAST-XFINITY**<br>**172 Northgate One**<br>**San Rafael, CA 94903**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Utility**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,200.00** |

Case: 25-30519   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 21:24:55   Page 15 of 33
49961

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Golden Brands**
**700 National Ct**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Kael Food**
**1620 Gilberth rd**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141,193.95 |
|---|---|---|---|

**Law Offices of David H. Schwartz, INC.**
**235 Montgomery St, STE 415**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Attorney's fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**MARIN SANITARY**
**1050 Andersen Dr**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**MARIN WATER**
**220 Nellen Ave**
**Corte Madera, CA 94925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Utility__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,742.12 |
|---|---|---|---|

**Modesto Food Distributors**
**P.O.BOX 4429**
**San Mateo, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,000.00 |
|---|---|---|---|

**Mozhgan Saniefar**
**Saniefar Law**
**533 Airport Blvd Ste 400**
**Burlingame, CA 94010-2013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Attorney's fees__

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 25-30519   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 21:24:55   Page 16 of 33

Debtor **Zanoon Inc**
Name

Case number (if known) _____

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,069.76** |

**Ocomar Seafood**
**2094 American Ave**
**Hayward, CA 94545**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,000.00** |

**PG&E**
**1220 Andersen Drive**
**San Rafael, CA 94901**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Utility**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,990.38** |

**RIGOS PRODUCE CORPORATION**
**131 Terminal Ct.**
**South San Francisco, CA 94080**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,259.79** |

**SGWS**
**163rd Street**
**Fort Lauderdale, FL 33316-9000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |

**SONOMA VALLEY**
**310 Sutton Pl**
**Santa Rosa, CA 95407**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,374.00** |

**Square Loan**
**JP Morgan - Lockbox Processing**
**Attn: Square Financial Services - 22402**
**4 Chase Metrotech Center, 7th Floor East**
**Brooklyn, NY 11245**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Business loan**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$600.00** |

**Thomas Group/ Eagle Distributing Co**
**5463 Skylane Blvd**
**Santa Rosa, CA 95403**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 25-30519   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 21:24:55   Page 17 of 33

Debtor    **Zanoon Inc**                                          Case number (if known) _____
          Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,005.00** |

**US Small Business Administration**
**312 North Spring Street, 5th Floor**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Business loan__

Is the claim subject to offset?  ■ No  ☐ Yes

---

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Martin Niels Jensen**<br>**Porter Scott**<br>**2180 Harvard St Ste 500**<br>**Sacramento, CA 95815-3325** | Line __3.1__<br><br>☐  Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  **+** $ | 928,623.14 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 928,623.14 |

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 4 of 4

Case: 25-30519   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 21:24:55   Page 18 of 33

**Fill in this information to identify the case:**

Debtor name     **Zanoon Inc**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases            **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Commercial Lease: 2016-2030** | |
| State the term remaining    **five years** | **SAN RAFAEL PROPERTIES LLC  12 E CRESCENT DR  San Rafael, CA 94901** |
| List the contract number of any government contract  _____ | |

Official Form 206G            **Schedule G: Executory Contracts and Unexpired Leases**            Page 1 of 1

**Fill in this information to identify the case:**

Debtor name    **Zanoon Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City   State   Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H      Schedule H: Your Codebtors      Page 1 of 1

Case: 25-30519    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 21:24:55    Page 20 of 33

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Zanoon Inc** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$942,317.27** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$2,297,687.75** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,435,657.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Maher Fakhouri**<br>**1836 5th Avenue, #B**<br>**San Rafael, CA 94901**<br>**Chief Executive Officer** | **9/24/24** | **$65,000.00** | **Reimbursement of attorney's fees incurred associated with San Rafael Properties, LLC vs. Zanoon, INC. (Case No. CV0002145)** |
| 4.2. **Tareq Fakhouri**<br>**12 E CRESCENT DR**<br>**San Rafael, CA 94901**<br>**Treasurer** | **10/24** | **$65,000.00** | **Reimbursement of attorney's fees incurred associated with San Rafael Properties, LLC vs. Zanoon, INC. (Case No. CV0002145)** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **San Rafael Properties, LLC vs. Zanoon, INC.**<br>**CV0002145** | **Civil (collection)** | **Marin County Superior Court**<br>**3501 Civic Center Drive**<br>**San Rafael, CA 94903** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Maher Fakhouri vs. Tareq Fakhouri [Debtor is a cross-defendant in this case]**<br>**CV0001063** | **Civil** | **Marin County Superior Court**<br>**3501 Civic Center Drive**<br>**San Rafael, CA 94901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case: 25-30519   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 21:24:55   Page 22 of 33

■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

   | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
   |---|---|---|---|

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

   | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
   |---|---|---|---|---|
   | 11.1. | **Leo Spanos**<br>**111 Deerwood Rd Ste 200**<br>**San Ramon, CA 94583-4445** | **Attorney's fees(consultation fee)** | **6/25** | **$599.00** |
   | | **Email or website address**<br>**leo@leospanoslaw.com** | | | |
   | | **Who made the payment, if not debtor?**<br>**Maher Fakhouri** | | | |
   | 11.2. | **Law Offices of Yasha Rahimzadeh**<br>**500 Capitol Mall, Suite 2350**<br>**Sacramento, CA 95814** | **Attorney Fees** | **7/25** | **$5,000.00** |
   | | **Email or website address**<br>**yrlaw@attorneynorcal.com** | | | |
   | | **Who made the payment, if not debtor?**<br>**Maher Fakhouri** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Zanoon Inc** Case number *(if known)* _____

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:  Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:  Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Human Interests (401k)** | EIN: **45-4551869** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com
Case: 25-30519   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 21:24:55   Page 24 of 33

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| Fauad Hashem<br>125 Nova Albion Way, Apt. 12<br>San Rafael, CA 94903 | 1131-1133 4TH ST<br>San Rafael, CA 94901 | Contractor's tools and building construction material | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| MQM Inc.<br>740 Farmers Lane<br>Santa Rosa, CA 95405 | 1131-1133 4TH ST<br>San Rafael, CA 94901 | Fine china, glassware, and miscellaneous restrauant merchandise | $7,500.00 |

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case: 25-30519    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 21:24:55    Page 25 of 33

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Petra Consulting** <br> **6400 Village Pkwy Ste 205** <br> **Dublin, CA 94568** | **2012-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Petra Consulting** <br> **6400 Village Pkwy Ste 205** <br> **Dublin, CA 94568** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Maher Fakhouri** | **1836 5th Avenue, #B San Rafael, CA 94901** | **Chief Executive Officer** | **65%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| **Tareq Fakhouri** | **12 E CRESCENT DR San Rafael, CA 94901** | **Treasurer (35% interest)** | **2017-2024** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case: 25-30519   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 21:24:55   Page 27 of 33

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July  1, 2025**

**/s/ Maher Fakhouri**                                         **Maher Fakhouri**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re                                                    Case No.

**Zanoon Inc**

_____ Debtor(s).  _____ /

**CREDITOR MATRIX COVER SHEET**

    I declare that the attached Creditor Mailing Matrix, consisting of __3__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **July 1, 2025**

                    **/s/ Law Offices of Yasha Rahimzadeh**
                    Signature of Debtor's Attorney or Pro Per Debtor

SAN RAFAEL PROPERTIES LLC
12 E CRESCENT DR
San Rafael, CA 94901


Birite
123 S. Hill Dr.
Brisbane, CA 94005


BORDENAVES
1512 4TH Street
San Rafael, CA 94901


COMCAST-XFINITY
172 Northgate One
San Rafael, CA 94903


Golden Brands
700 National Ct
Richmond, CA 94804


Kael Food
1620 Gilberth rd
Burlingame, CA 94010


Law Offices of David H. Schwartz, INC.
235 Montgomery St, STE 415
San Francisco, CA 94104


MARIN SANITARY
1050 Andersen Dr
San Rafael, CA 94901

MARIN WATER
220 Nellen Ave
Corte Madera, CA 94925


Martin Niels Jensen
Porter Scott
2180 Harvard St Ste 500
Sacramento, CA 95815-3325


Modesto Food Distributors
P.O.BOX 4429
San Mateo, CA 94404


Mozhgan Saniefar
Saniefar Law
533 Airport Blvd Ste 400
Burlingame, CA 94010-2013


Ocomar Seafood
2094 American Ave
Hayward, CA 94545


PG&E
1220 Andersen Drive
San Rafael, CA 94901


RIGOS PRODUCE CORPORATION
131 Terminal Ct.
South San Francisco, CA 94080


SAN RAFAEL PROPERTIES LLC
 12 E CRESCENT DR
San Rafael, CA 94901

SGWS
163rd Street
Fort Lauderdale, FL 33316-9000


SONOMA VALLEY
310 Sutton Pl
Santa Rosa, CA 95407


Square Loan
JP Morgan - Lockbox Processing
Attn: Square Financial Services - 22402
4 Chase Metrotech Center, 7th Floor East
Brooklyn, NY 11245


Thomas Group/ Eagle Distributing Co
5463 Skylane Blvd
Santa Rosa, CA 95403


US Small Business Administration
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

# United States Bankruptcy Court
## Northern District of California

In re   **Zanoon Inc**

Debtor(s)

Case No. _____

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Zanoon Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Maher Fakhouri**
**1836 5th Avenue, #B**
**San Rafael, CA 94901**

☐ None [*Check if applicable*]

**July 1, 2025**

Date

**/s/ Law Offices of Yasha Rahimzadeh**

**Law Offices of Yasha Rahimzadeh**

Signature of Attorney or Litigant
Counsel for   **Zanoon Inc**

**Law Offices of Yasha Rahimzadeh**

**500 Capitol Mall, Suite 2350**
**Sacramento, CA 95814**
**916-337-8066**
**yrlaw@attorneynorcal.com**