Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Proposed Counsel for Marlene G. Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ZANOON INC.<br>    *dba* Crepevine/Cascabel,<br><br>Debtor. | Case No. 25-30519 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>[No Hearing Required Unless Requested] |

**MOTION TO REJECT LEASE ON 24 HOURS' NOTICE WITHOUT A HEARING**
**(1131-1133 Fourth Street, San Rafael, CA 94901)**

**To:    San Rafael Properties, LLC in care of its Managing Member, Tareq Fakhouri**

Marlene G. Weinstein, Chapter 7 Trustee of the estate of the above Debtor, hereby moves the Court for an order confirming rejection under 11 U.S.C. § 365 of the lease of the non-residential real property commonly known as 1131-1133 Fourth Street, San Rafael, CA 94901 (the "Premises"). The motion is brought under the shortened time provision in Bankruptcy Local Rule 6006-1(a).

The Trustee is informed and believes that the Debtor leased the Premises from the landlord, San Rafael Properties, LLC (the "Landlord"), which is owned and controlled by Tareq Fakhouri who owns 35 percent of the shares in the Debtor and is a former officer of the Debtor.

The Trustee is informed and believes that the Debtor and the Landlord were involved in litigation in the Marin County Superior Court and that very recently, the Superior Court issued a

Case: 25-30519   Doc# 6   Filed: 07/02/25   Entered: 07/02/25 14:35:58   Page 1 of 2

1

tentative ruling that the Debtor's rent obligation under the lease is $30,000 per month, instead of the $19,000 per month the Debtor had been paying.

Furthermore, the Trustee concluded that event rent at $19,000 per month would exceed current fair rental value and that the lease has no realizable value for the bankruptcy estate. She has concluded that it is in the best interest of the estate to reject the lease.

Absent timely objection from San Rafael Properties, LLC, the Trustee intends rejection of the lease to be effective at 11:59 p.m. on July 3, 2025.

The decision to assume or reject an unexpired lease or executory contract is a matter within the "business judgment" of the debtor or trustee. Under the business judgment test, the Court should approve a proposed rejection if it will benefit the estate. *In re Chic-Fang Huang*, 23 B.R. 798 (9th Cir. BAP 1982).

The decision to reject should be approved unless the decision was made "in bad faith" or is [a] gross abuse of [the trustee's] business discretion." *Lubrizol Enterprises, Inc. v. Richmond Metal Finishers, Inc. (In re Richmond Metal Finishers, Inc.)*, 756 F 2d. 1043, 1047 (4th Cir. 1985), *cert. denied*, 475 U.S. 1057, 1060 (1986).

Bankruptcy Local Rule 6006-1(a) permits a trustee to move for rejection of a lease of a non-residential real property in which the debtor is a tenant on 24-hours' notice to the landlord. This motion is being served by hand delivery by placing true copies addressed to San Rafael Properties, LLC and its Managing Member, Tareq Fakhouri in an envelope and in the mailbox at 12 E. Crescent Drive in San Rafael, California.

WHEREFORE the Trustee requests entry of an order confirming rejection of the lease of the Premises described above effective at 11:59 p.m. on July 3, 2025.

DATED: July 2, 2025    RINCON LAW, LLP


By: */s/Charles P. Maher*
   Charles P. Maher
   Proposed Counsel for Marlene G. Weinstein,
   Chapter 7 Trustee