Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Proposed Counsel for Marlene G. Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ZANOON INC.<br>*dba* Crepevine/Cascabel,<br><br>Debtor. | Case No. 25-30519 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>[No Hearing Required Unless Requested] |

**MOTION FOR ORDER CONFIRMING ABANDONMENT**
**OF TANGIBLE PERSONAL PROPERTY**

Marlene G. Weinstein, Chapter 7 Trustee of the estate of the above Debtor, hereby moves the Court for an order confirming, under 11 U.S.C. § 554, abandonment of all of the Debtor's tangible personal property situated at 1131-1133 Fourth Street, San Rafael, California (the "Premises") with the exceptions note below. The tangible personal property comprises restaurant equipment, bar equipment, furniture, and inventory (liquor and food).

The Debtor attributed a value of $48,800 to the equipment, furniture, and inventory. All of the tangible personal property is encumbered by a lien in favor of the United States Small Business Administration securing a debt of $150,000. As a result, the tangible personal property has no realizable value for the bankruptcy estate and is a burden on the estate. Therefore, abandonment under Section 554 of the Bankruptcy Code is justified.

/ / /

The Trustee is not abandoning the estate's interest in (1) a vehicle (2016 Nissan) located elsewhere, (2) a computer or computer system at the Premises, (3) records, or (4) intangible personal property of any kind.

The Trustee is proposing abandonment under the shortened notice provisions in Bankruptcy Local Rule 9014-1(d). Therefore, anyone who wishes to object to the abandonment must file with the Bankruptcy Court and serve on proposed counsel for the Trustee an objection within seven days of the date of this notice.

WHEREFORE the Trustee requests entry of an order confirming the relief described above.

DATED: July 3, 2025 RINCON LAW, LLP

By: */s/Charles P. Maher*
Charles P. Maher
Proposed Counsel for Marlene G. Weinstein,
Chapter 7 Trustee