**Entered on Docket**
**July 14, 2025**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: July 14, 2025**

_(signature)_

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
268 Bush St., Ste. 3335
San Francisco, CA 94104
Tel.  415-840-4199
Fax. 415-680-1712
cmaher@rinconlawllp.com

Proposed Counsel for
Marlene G. Weinstein,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>  ZANOON INC.<br>    *dba* Crepevine/Cascabel,<br><br>    Debtor. | Case No. 25-30519 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel |

### ORDER CONFIRMING REJECTION OF LEASE
### (1131-1133 Fourth Street, San Rafael, CA 94901)

Based on the request of Marlene G. Weinstein, Chapter 7 Trustee and the supporting declaration of her proposed counsel, filed July 14, 2025 as Docket Nos. 14 and 14-1, respectively, and it appearing that notice has been adequate under Bankruptcy Local Rule 6006-1, and that good cause exists, it is

ORDERED as follows:

1. The Trustee's Motion to Reject Lease on 24 Hours' Notice Without a Hearing (1131-1133 Fourth Street, San Rafael, CA 94901) filed July 2, 2025 as Docket No. 6 is granted.

2. The Trustee's rejection of the lease of non-residential real property commonly known as 1131-1133 Fourth Street in San Rafael, California 94901 (the "Premises"), is confirmed effective at 11:59 p.m. on July 3, 2025, and the Premises shall be deemed surrendered at that time.

*\*\*END OF ORDER\*\**