**Entered on Docket**
**July 15, 2025**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: July 15, 2025**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
268 Bush St., Ste. 3335
San Francisco, CA 94104
Tel.  415-840-4199
Fax. 415-680-1712
cmaher@rinconlawllp.com

Proposed Counsel for
Marlene G. Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>     ZANOON INC.<br>        *dba* Crepevine/Cascabel,<br><br>     Debtor. | Case No. 25-30519 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel |

### ORDER CONFIRMING ABANDONMENT OF TANGIBLE PERSONAL PROPERTY

Based on the Trustee's certification of no objection and it appearing that notice under Bankruptcy Local Rule 9014-1(d) has been adequate, that no objections have been filed or served on the Trustee, and that good cause exists, it is,

ORDERED as follows:

1. The Trustee's Motion for Order Confirming Abandonment of Tangible Personal Property filed July 3, 2025, as Docket No. 9 is granted.

2. The Trustee's abandonment under 11 U.S.C. § 554 of all of the Debtor's tangible personal property situated at 1131-1133 Fourth Street, San Rafael, California, and described in the Trustee's Notice filed July 3, 2025 as Docket No. 10 is confirmed.

*****END OF ORDER*****