Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Marlene G. Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ZANOON INC.<br>*dba* Crepevine/Cascabel,<br><br>Debtor. | Case No. 25-30519 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>[No Hearing Required Unless Requested] |

**MOTION TO SELL VEHICLE BY PUBLIC AUCTION**
**AND PAY AUCTIONEER COMMISSION AND EXPENSES**

Marlene G. Weinstein, Chapter 7 Trustee of the estate of the above Debtor, hereby moves the Court for an order authorizing her to sell by public auction a 2015 Nissan NV200 (VIN 3N6CM0KN8FK693523; License No. 76103X1) ("Vehicle").

The Court has entered its order authorizing the Trustee to employ West Auctions, Inc., to market and sell the Vehicle and she intends to pay West Auctions a sales commission equivalent to 15 percent of the purchase price of the Vehicle (excluding sales tax, if any), and to reimburse West Auctions for its necessary and reasonable expenses of up to $1,250 for storage, advertising, conducting the auction, and transferring title to the successful bidder.

The auction will take place on-line at the website identified below. Specific information about the auction (including inspection information and availability of auction terms) may be obtained by visiting the auctioneer's website (www.westauction.com). In-person inspection will

take place on August 25, 2025, between 10:00 a.m. and 2:00 p.m. or by other appointment with West Auctions. The online auction will take place on the auctioneer's website (www.westauction.com) beginning at 10:00 a.m. on August 22, 2025, and ending on August 28, 2025, at 10:00 a.m. Payment from the successful bidder is due immediately (and no later than 5:00 p.m. on August 29, 2025). The Vehicle must be removed by the successful bidder by appointment no later than 4:00 p.m. on September 5, 2025. (West Auctions will be closed for Labor Day on September 1, 2025.)

WHEREFORE the Trustee requests entry of an order authorizing the relief described above.

DATED: July 29, 2025 RINCON LAW, LLP

By: */s/Charles P. Maher*
Charles P. Maher
Counsel for Marlene G. Weinstein,
Chapter 7 Trustee



Case: 25-30519 Doc# 20 Filed: 07/29/25 Entered: 07/29/25 08:48:52 Page 2 of 2