YASHA RAHIMZADEH, ESQ. (SB # 230487)
Law Offices of Yasha Rahimzadeh
500 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 337-8066
Email: yrlaw@attorneynorcal.com

Attorney for Debtor
ZANOON INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re:

ZANOON INC.

Debtor.

_______________________________________)

Case No.: 25-30519-HLB

Chapter 7

**DEBTOR'S APPLICATION FOR ORDER APPROVING DESIGNATION OF RESPONSIBLE INDIVIDUAL PURSUANT TO B.L.R. 4002-1**

[No Hearing Required]

ZANOON INC., a California corporation, and the debtor ("Debtor") in the above-captioned chapter 7 bankruptcy case (the "Bankruptcy Case"), hereby files this application (the "Application"), pursuant to Bankruptcy Local Rule 4002-1, for entry of an order designating the natural person with primary responsibility for the duties and obligations of the Debtor in the Bankruptcy Case. The Debtor's proposed order is attached hereto as Exhibit A. In support of this Application, the Debtor respectfully represents as follows:

1. On July 1, 2025 (the "Petition Date"), the Debtor filed a voluntary petition

for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtor operated a restaurant known as Crepvine at 1131-1133 4TH ST in San Rafael, California 94901. The Debtor is incorporated under California law as a corporation.

2. On or about June 30, 2025, Debtor ceased operating.

3. On the Petition Date and immediately prior to filing its Bankruptcy Petition, Maher Fakhouri was the Chief Executive Officer of Debtor.

4. Bankruptcy Local Rule 4002-1 requires appointment of a natural person to be responsible for the duties and obligations of the debtor-in-possession under the Bankruptcy Code, as the "Responsible Individual." As the Chief Executive Officer of Debtor, Mr. Fakhouri was responsible for the management and operations of Debtor, and, as such, Mr. Fakhouri is the appropriate person to be designated as the Responsible Individual. His address and telephone number are as follows:

Maher Fakhouri
1836 5th Avenue, #B
San Rafael, CA 94901
(415) 269-9991

WHEREFORE, Debtor requests that the Court enter an order appointing Maher Fakhouri as the natural person responsible for the duties and obligations of Debtor herein, in accordance with Bankruptcy Local Rule 4002-1.

Dated: 8/5/25

**LAW OFFICES OF YASHA RAHIMZADEH**

By: YR

**YASHA RAHIMZADEH**
**ATTORNEY FOR DEBTOR**
**ZANOON INC.**

# **Exhibit A**

YASHA RAHIMZADEH, ESQ. (SB # 230487)
Law Offices of Yasha Rahimzadeh
500 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 337-8066
Email: yrlaw@attorneynorcal.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re:

ZANOON INC.

Debtor.

______________________________________)

Case No.: 25-30519-HLB

Chapter 7

**ORDER APPROVING DESIGNATION OF RESPONSIBLE INDIVIDUAL PURSUANT TO B.L.R. 4002-1**

[No Hearing Required]

Upon the Debtor's Application For Order Approving Designation of Responsible Individual Pursuant to B.L.R. 4002-1 dated August 5, 2025, (the "Application") filed by ZANOON INC., a California corporation, and the debtor ("Debtor") in the above-captioned chapter 7 bankruptcy case (the"Bankruptcy Case"), pursuant to Bankruptcy Local Rule 4002-1, for entry of an order designating the natural person with primary responsibility for the duties and obligations of the Debtor in the Bankruptcy Case (the "Responsible Individual"); this Court having reviewed and considered the Application upon the record in this Bankruptcy Case; and after due deliberation and good cause appearing therefor:


Case: 25-30519 Doc# 23 Filed: 08/05/25 Entered: 08/05/25 10:15:20 Page 4 of 6

**IT IS HEREBY ORDERED THAT**:

1. The Application is granted as provided herein.

2. The Debtor's designation of Maher Fakhouri as the Responsible Individual in the above-captioned Bankruptcy Case pursuant to Bankruptcy Local Rule 4002-1 is hereby approved.

3. The contact information for the Responsible Individual is:

Maher Fakhouri
1836 5th Avenue, #B
San Rafael, CA 94901
(415) 269-9991

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of or interpretation of this Order.

*** END OF ORDER ***

## COURT SERVICE LIST

All ECF Recipients.