Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Marlene G. Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ZANOON INC.<br>*dba* Crepevine/Cascabel,<br><br>Debtor. | Case No. 25-30519 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel |

**DECLARATION OF MAHER FAKHOURI**

I, Maher Fakhouri, declare as follows:

1. I am the president of the above Debtor and own 65 percent of the shares in the Debtor.

2. The Debtor filed its Chapter 7 petition on July 1, 2025, and disclosed ownership of a 2015 Nissan NV 200 Cargo Van with vehicle license number 76103X1.

3. The vehicle is property of the Zanoon bankruptcy estate but title to the vehicle is in the name of Zanoon Inc. and Maher Fakhouri. I disclaim any ownership interest in this vehicle and consent to the Trustee's sale of it.

I declare under penalty of perjury that the above statements are true and that if called as a witness I could and would testify to their truthfulness. This declaration is executed on the 7th day of August 2025 in San Rafael, California.

Maher Fakhouri