Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Marlene G. Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ZANOON INC.<br>*dba* Crepevine/Cascabel,<br><br>Debtor. | Case No. 25-30519 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>[No Hearing Required] |

**APPLICATION FOR ORDER AUTHORIZING**
**<u>RETENTION OF LIQUOR LICENSE BROKER</u>**

Marlene G. Weinstein, Chapter 7 Trustee of the estate of the above Debtor, files this application for an order authorizing her to retain a broker in connection with the sale of the Debtor's Type 47 liquor license (License No. 47-575464).

The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on July 1, 2025. At the time of the filing, the Debtor's assets comprised a Type 47 liquor license and miscellaneous tangible personal property of inconsequential value.

The liquor license appears to have significant value. The Debtor attributed a value of $165,000 to the license but the Trustee has concluded that the value is less than the Debtor believes and is closer to $100,000 maximum. Based the Trustee's review of the website of the California Department of Alcoholic Beverage Control, there are currently no holds on record in favor of state and local tax agencies. However, based on discussions with the Debtor's principal and with

representatives of three state tax agencies, the Trustee anticipates that the California Department of Tax and Fee Administration will file a claim and assert a hold for unpaid sales tax of less than $20,000. Payments to the Franchise Tax Board and the Employment Development Department appear to have been current on the petition date. As a result, the Trustee anticipates claims from these agencies in minimal amounts.

ARA Liquor License Consultants, Inc., formerly known and continuing to do business as Art Rodriguez & Associates ("ARA") is a broker well known to counsel for the Trustee. The Trustee inquired of ARA whether it could identify buyers with an interest in purchasing a Type 47 liquor license in Marin County.

Peter Impala of ARA has agreed to assist the Trustee in selling the license on behalf of the estate. Mr. Impala and his firm have been employed in other bankruptcy cases, including cases in which the Trustee's counsel has been involved.

Based on the Declaration of Peter Impala and except as disclosed in the preceding paragraph, the Trustee is informed and believes that Mr. Impala and ARA have no connection to the Debtor or creditors or their attorneys or accountants in connection with the matters in which ARA is to be retained. The Trustee is further informed and believes that neither ARA nor Peter Impala has any connection with the United States Trustee or any person employed in the Office of the United States Trustee.

The Trustee is further informed and believes that ARA and Peter Impala are disinterested persons in this proceeding and do not hold or represent an interest adverse to the estate.

The Trustee proposes to employ ARA on a commission basis of ten percent, which is typically paid by the buyer in a transaction involving the purchase of a liquor license.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the Trustee requests entry of an order authorizing her to employ ARA Liquor License Consultants, Inc., as her broker in connection with the sale of the Debtor's Type 47 liquor license.

DATED: August 12, 2025

*/s/Marlene G. Weinstein*
Marlene G. Weinstein, Chapter 7 Trustee

DATED: August 12, 2025

RINCON LAW, LLP

By: */s/Charles P. Maher*
Charles P. Maher
Counsel for Marlene G. Weinstein,
Chapter 7 Trustee