Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Marlene G. Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ZANOON INC.<br>*dba* Crepevine/Cascabel,<br><br>Debtor. | Case No. 25-30519 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>[No Hearing Required] |

**DECLARATION OF PETER J. IMPALA**

I, Peter J. Impala, declare as follows:

1. I am employed by ARA Liquor License Consultants, Inc., *dba* Art Rodriguez & Associates, a liquor license broker situated in Arcadia, California.

2. I have over 30 years of experience in the marketing, sale, and purchase of liquor licenses in the State of California.

3. I have been asked by Marlene G. Weinstein, Chapter 7 Trustee of the estate of the above Debtor, which did business in Marin County as Crepevine/Cascabel, to assist her in the sale of the Debtor's Type 47 liquor license. The standard commission charged on the sale of a Type 47 liquor license in California is ten percent of the gross sale price and is typically paid by the buyer as a cost in addition to the sale price of the liquor license itself.

4. I have reviewed a list of creditors identified by the Debtor in the above case. Neither I nor ARA Liquor License Consultants has any connection with any of those creditors in connection

with the matters in which ARA Liquor License Consultants is to be employed. Except as described in the following sentence, ARA Liquor License Consultants and I have no connection with the Debtor, or any attorney or accountant for any of the creditors, or with the United States Trustee or any person employed in the Office of the United States Trustee. ARA and I have been employed by trustees in other bankruptcy cases in which the Trustee's counsel, Rincon Law, LLP, has represented the trustee.

5. I understand that, other than the commission paid to me in connection with a court-approved sale of the liquor license, I may not receive any compensation. No promise has been made by any party to pay compensation to me or my firm, other than through a court-approved sale on notice to creditors.

6. I further understand that neither I nor ARA Liquor License Consultants may represent the buyer in any transaction with the Trustee.

I declare under penalty of perjury that the above statements are true and that if called as a witness I could and would testify to their truthfulness. This declaration is executed on the 12th day of August 2025 in Arcadia, California.

Peter J. Impala