Entered on Docket
August 22, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 22, 2025

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
268 Bush St., Ste. 3335
San Francisco, CA 94104
Tel. 415-840-4199
Fax. 415-680-1712
cmaher@rinconlawllp.com

Counsel for
Marlene G. Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ZANOON INC.<br>*dba* Crepevine/Cascabel,<br><br>Debtor. | Case No. 25-30519 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel |

**ORDER AUTHORIZING SALE OF VEHICLE BY AUCTION**
**AND PAYMENT OF AUCTIONEER COMMISSION AND EXPENSES**

Based on the Trustee's request and the supporting declaration of her counsel (Docket Nos. 28 and 28-1), the Declaration of Maher Fakhouri (Docket No. 25), and it appearing that notice has been adequate and that no objection has been filed or served, it is

ORDERED as follows:

1. The Trustee's Motion to Sell Vehicle by Public Auction and Pay Auctioneer Commission and Expenses, filed July 29, 2025, as Docket No. 20 is granted.

2. The Trustee is authorized to sell by auction the bankruptcy estate's 2015 Nissan NV 200 cargo van titled in the name of Zanoon, Inc., and Maher Fakhouri (VIN 3N6CM0KN8FK693523, License No. 76103X1).

3. The Trustee is further authorized to pay West Auctions a commission equivalent to 15 percent of the purchase price (calculated before sales tax), and to reimburse West Auctions for its necessary and reasonable expenses of up to $1,250.

4. The Trustee is further authorized to take those steps and execute those documents she deems necessary to complete the sale of the vehicle.

***END OF ORDER***



Case: 25-30519 Doc# 29 Filed: 08/22/25 Entered: 08/22/25 11:07:17 Page 2 of 2