Entered on Docket
August 27, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 27, 2025

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
268 Bush St., Ste. 3335
San Francisco, CA 94104
Tel. 415-840-4199
Fax. 415-680-1712
cmaher@rinconlawllp.com

Counsel for
Marlene G. Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ZANOON INC.<br>*dba* Crepevine/Cascabel,<br><br>Debtor. | Case No. 25-30519 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel |

**ORDER AUTHORIZING RETENTION OF LIQUOR LICENSE BROKER**

Based on the application of the Trustee and the supporting declaration of Peter J. Impala, filed August 19, 2025 as Docket Nos. 27 and 27-1, and it appearing that ARA Liquor License Consultants, Inc., formerly known and continuing to do business as Art Rodriguez & Associates ("ARA"), and Peter Impala are disinterested persons in the above bankruptcy case, that retention of a liquor license broker is in the best interest of the estate, and that good cause exists, it is

ORDERED as follows:

1. The Trustee's application is approved and she is authorized to retain ARA as her broker for the purposes of sale of the Debtor's Type 47 liquor license.

2. The Trustee is authorized to enter into an agreement with ARA to pay it a ten percent commission calculated on gross sale price of the liquor license, provided that any payment must be approved by the Court by separate order obtained on notice to creditors and other parties-in-interest in connection with the sale of the liquor license.

3. ARA shall not represent the buyer in any transaction with the Trustee.

*****END OF ORDER*****