**Fill in this information to identify the case:**

Debtor name **Zanoon Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) 2025-30519

☑ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 Priority creditor's name and mailing address<br>**Nathaniel R. Ryan**<br>**326 San Francisco Blvd.**<br>**San Anselmo, CA 94960-1639** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,566.93** | **$1,566.93** |
| Date or dates debt was incurred | Basis for the claim:<br>**Employee wages** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 **Nonpriority creditor's name and mailing address**<br>**SAN RAFAEL PROPERTIES LLC**<br>**12 E CRESCENT DR**<br>**San Rafael, CA 94901**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** **Commercial landlord**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$400,000.00** |
| 3.2 **Nonpriority creditor's name and mailing address**<br>**Birite**<br>**123 S. Hill Dr.**<br>**Brisbane, CA 94005**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ☑ No ☐ Yes | **$27,388.14** |

**3.3** **Nonpriority creditor's name and mailing address**
**BORDENAVES**
**1512 4TH Street**
**San Rafael, CA 94901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
**COMCAST-XFINITY**
**172 Northgate One**
**San Rafael, CA 94903**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
**Golden Brands**
**700 National Ct**
**Richmond, CA 94804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
**Kael Food**
**1620 Gilberth rd**
**Burlingame, CA 94010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
**Law Offices of David H. Schwartz, INC.**
**235 Montgomery St, STE 415**
**San Francisco, CA 94104**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$141,193.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Attorney's fees
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
**MARIN SANITARY**
**1050 Andersen Dr**
**San Rafael, CA 94901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
**MARIN WATER**
**220 Nellen Ave**
**Corte Madera, CA 94925**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
**Modesto Food Distributors**
**P.O.BOX 4429**
**San Mateo, CA 94404**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,742.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Vendor
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
**Mozhgan Saniefar**
**Saniefar Law**
**533 Airport Blvd Ste 400**
**Burlingame, CA 94010-2013**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$68,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Attorney's fees**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
**Ocomar Seafood**
**2094 American Ave**
**Hayward, CA 94545**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,069.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Vendor**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
**PG&E**
**1220 Andersen Drive**
**San Rafael, CA 94901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Utility**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**
**RIGOS PRODUCE CORPORATION**
**131 Terminal Ct.**
**South San Francisco, CA 94080**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,990.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Vendor**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**
**SGWS**
**163rd Street**
**Fort Lauderdale, FL 33316-9000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,259.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Vendor**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**
**SONOMA VALLEY**
**310 Sutton Pl**
**Santa Rosa, CA 95407**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Vendor**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.17** **Nonpriority creditor's name and mailing address**
**Square Loan**
**JP Morgan - Lockbox Processing**
**Attn: Square Financial Services - 22402**
**4 Chase Metrotech Center, 7th Floor East**
**Brooklyn, NY 11245**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$60,374.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Business loan**
Is the claim subject to offset? ☑ No ☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**
**Thomas Group/ Eagle Distributing Co**
**5463 Skylane Blvd**
**Santa Rosa, CA 95403**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Vendor**
Is the claim subject to offset? ☑ No ☐ Yes

---

3.19 **Nonpriority creditor's name and mailing address**

**US Small Business Administration**
**312 North Spring Street, 5th Floor**
**Los Angeles, CA 90012**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150,005.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business loan**

Is the claim subject to offset? ☑ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Martin Niels Jensen**<br>**Porter Scott**<br>**2180 Harvard St Ste 500**<br>**Sacramento, CA 95815-3325** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,566.93 |
| **5b. Total claims from Part 2** | 5b. + | $ 928,623.14 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 930,190.07 |