UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

ZANOON INC DBA CREPEVINE/CASCABEL

CASE NO: 25-30519 HLB

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 39
Judge: Hon. Hannah L. Blumenstiel

---

On 7/27/2026, I did cause a copy of the following documents, described below,

Notice and Opportunity for Hearing on Motion for Order Authorizing Compromise of Claims and Sale of Assets ECF Docket Reference No. 39

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/27/2026

/s/ Charles P. Maher
Charles P. Maher 124748

Rincon Law, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
415-996-8180
aworthing@rinconlawllp.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE:

ZANOON INC DBA CREPEVINE/CASCABEL

CASE NO: 25-30519 HLB

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 39
Judge: Hon. Hannah L. Blumenstiel

On 7/27/2026, a copy of the following documents, described below,

Notice and Opportunity for Hearing on Motion for Order Authorizing Compromise of Claims and Sale of Assets ECF Docket Reference No. 39

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/27/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Charles P. Maher
Rincon Law, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-30519 HLB
NORTHERN DISTRICT OF CALIFORNIA
MON JUL 27 9-38-26 PST 2026

EXCLUDE
(U)ARA LIQUOR LICENSE CONSULTANTS INC

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

WEST AUCTIONS INC
427 CLEVELAND ST
WOODLAND CA 95695-3901

ZANOON INC
11311133 4TH ST
SAN RAFAEL CA 94901-3006

EXCLUDE
US BANKRUPTCY COURT
450 GOLDEN GATE AVENUE 18TH FL
MAIL BOX 36099
SAN FRANCISCO CA 94102-3428

ALFREDO SONTAY VICENTE
550 D ST APT 1
SAN RAFAEL CA 94901-3838

BORDENAVES
1512 4TH STREET
SAN RAFAEL CA 94901-2713

BIRITE
123 S HILL DR
BRISBANE CA 94005-1203

BIRITE
CO LEADERPICONE YOUNG LLP
1970 BROADWAY SUITE 1030
OAKLAND CA 94612-2222

BRIAN MARTINEZ
4730 PARKTRAIL DR
SANTA ROSA CA 95405-7928

COMCASTXFINITY
172 NORTHGATE ONE
SAN RAFAEL CA 94903-3417

CALIFORNIA DEPT OF TAX AND FEE ADMINISTRATI
COLLECTIONS SUPPORT BUREAU MIC 29
PO BOX 942879
SACRAMENTO CA 94279-0029

EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO CA 94280-0001
SACRAMENTO CA 94280-0001

EXCLUDE
(D)FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

GOLDEN BRANDS
700 NATIONAL CT
RICHMOND CA 94804-2008

INTERNAL REVENUE SERVICE CIO
PO BOX 7346
PHILADELPHIA PA 19101-7346

JIMMY SERRANO
75 WOODLAND AVE APT 4
SAN RAFAEL CA 94901-5179

KAEL FOOD
1620 GILBERTH RD
BURLINGAME CA 94010-1405

LAW OFFICES OF DAVID H SCHWARTZ INC
235 MONTGOMERY ST STE 415
SAN FRANCISCO CA 94104-2927

LUIS AMILCAR MEJIA HUINAC
55 WOODLAND AVE APT 7
SAN RAFAEL CA 94901-5359

MARIN SANITARY
1050 ANDERSEN DR
SAN RAFAEL CA 94901-5316

MARIN WATER
220 NELLEN AVE
CORTE MADERA CA 94925-1169

MANUEL CHI CANTO
55 WOODLAND AVE APT 5
SAN RAFAEL CA 94901-5359

MARIN BAKING LLC DBA BORDENAVES
MARIN BAKING LLC
1512 4TH STREET
SAN RAFAEL CA 94901-2713

MARTIN NIELS JENSEN
PORTER SCOTT
2180 HARVARD ST STE 500
SACRAMENTO CA 95815-3325

MODESTO FOOD DISTRIBUTORS
POBOX 4429
SAN MATEO CA 94404-0429

MOZHGAN SANIEFAR
SANIEFAR LAW
533 AIRPORT BLVD STE 400
BURLINGAME CA 94010-2013

NATHANIEL R RYAN
326 SAN FRANCISCO BLVD
SAN ANSELMO CA 94960-1639

OCOMAR SEAFOOD
2094 AMERICAN AVE
HAYWARD CA 94545-1802

OFFICE OF THE US TRUSTEE SF
PHILLIP J BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE 5TH FL 05-0
SAN FRANCISCO CA 94102-3661

PGE
1220 ANDERSEN DRIVE
SAN RAFAEL CA 94901-5332

RIGOS PRODUCE CORPORATION
131 TERMINAL CT
SOUTH SAN FRANCISCO CA 94080-6526

SAN RAFAEL PROPERTIES LLC
12 E CRESCENT DR
SAN RAFAEL CA 94901-1629

SGWS
163RD STREET
FORT LAUDERDALE FL 33316-9000

SONOMA VALLEY
310 SUTTON PL
SANTA ROSA CA 95407-8121

SQUARE LOAN
JP MORGAN LOCKBOX PROCESSING
ATTN SQUARE FINANCIAL SERVICES - 22402
4 CHASE METROTECH CENTER 7TH FLOOR EAST
BROOKLYN NY 11245-0003

THOMAS GROUP EAGLE DISTRIBUTING CO
5463 SKYLANE BLVD
SANTA ROSA CA 95403-1085

US SMALL BUSINESS ADMINISTRATION
ATTN DISTRICT COUNSEL
455 MARKET ST SUITE 600
SAN FRANCISCO CA 94105-5472

(P)U S SMALL BUSINESS ADMINISTRATION
312 N SPRING ST 5TH FLOOR
LOS ANGELES CA 90012-4701

JAY D CROM
BACHECKI CROM COMPANY LLP
400 OYSTER POINT BOULEVARD 106
SOUTH SAN FRANCISCO CA 94080-1917

MARLENE G WEINSTEIN
1511 SYCAMORE AVE M259
HERCULES CA 94547-1767

YASHA RAHIMZADEH
LAW OFFICE OF YASHA RAHIMZADEH
500 CAPITOL MALL SUITE 2350
SACRAMENTO CA 95814-4760