Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Facsimile No.: 415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Marlene G. Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

ZANOON INC.
*dba* Crepevine/Cascabel,

Debtor.

Case No. 25-30519 HLB
Chapter 7
Hon. Hannah L. Blumenstiel

[No Hearing Required Unless Requested]

**STIPULATION TO ENTRY OF ORDER**
**AUTHORIZING SALE FREE AND CLEAR OF LIEN**

Marlene G. Weinstein, Chapter 7 Trustee of the estate of the above Debtor, and the United States Small Business Administration stipulate as follows:

1. The above Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on July 1, 2025.

2. On June 8, 2020, the United States Small Business Administration ("SBA") filed a UCC-1 financing statement to encumber various tangible and intangible assets owned by the Debtor. Among the assets were "general intangibles." The SBA filed a continuation statement on May 28, 2025.

3. When the Debtor filed its Chapter 7 petition, it was the owner of claims against various parties, including its two shareholders Maher Fakhouri and Tareq Fakhouri and certain other parties (the "Intangible Claims").

4. The Trustee has entered into an agreement with Tareq Fakhouri by which Tareq

Fakhouri will purchase from the estate: the estate's claims against him and the related entity, San Rafael Properties, Inc.; and affirmative claims against Maher Fakhouri and others. The claims are described in the notice of sale and companion motion filed by the Trustee on July 27, 2026.

5. The Trustee's July 27, 2026, notice and motion also described the Trustee's proposed sale of the Debtor's Type-47 liquor license to Tareq Fakhouri.

6. The Trustee acknowledges that the intangible claims are subject to the SBA's general intangibles lien.

7. The SBA and the Trustee have agreed that the sale of the Intangible Claims shall be free and clear of the SBA's lien under 11 U.S.C. § 363(f)(2) and that, upon completion of the sale, the Intangible Claims described in the Trustee's notice and motion shall be transferred to Tareq Fakhouri or his designee without encumbrance by the SBA's lien.

8. The Trustee and the SBA have further agreed that the cash consideration to be paid for purchase of the Intangible Claims shall be turned over to the SBA in partial satisfaction of its claim in the case. Any balance of the SBA's claim shall be treated as a general unsecured claim that is entitled to a distribution along with other general unsecured creditors.

WHEREFORE the Small Business Administration consents to a sale of the Intangible Claims described in the Trustee's July 27, 2026, notice free and clear of its lien under 11 U.S.C. § 363(f)(2).

DATED: August 17, 2026 RINCON LAW, LLP

By: */s/Charles P. Maher*
Charles P. Maher,
Counsel for Marlene G. Weinstein,
Chapter 7 Trustee

DATED: August 17, 2026 U.S. SMALL BUSINESS ADMINISTRATION

By: */s/Eric J. Adams*
Eric J. Adams
Special Assistant United States Attorney
& District Counsel, SBA Office of General Counsel
Attorneys for U.S. Small Business Administration