Entered on Docket
August 17, 2026
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 17, 2026

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
268 Bush St., Ste. 3335
San Francisco, CA 94104
Tel. 415-840-4199
Fax. 415-680-1712
cmaher@rinconlawllp.com

Counsel for
Marlene G. Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ZANOON INC.<br>*dba* Crepevine/Cascabel,<br><br>Debtor. | Case No. 25-30519 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel |

**ORDER APPROVING STIPULATION TO SALE**
**UNDER 11 U.S.C. SECTION 363(f)(2)**

On August 17, 2026, Marlene G. Weinstein, Chapter 7 Trustee of the estate of the above Debtor, filed as Docket No. 42 the stipulation she entered into with the United States Small Business Administration regarding the sale of certain intangible assets owned by the estate that are subject to a lien in favor of the United States Small Business Administration. Previously, on July 27, 2026, the Trustee filed and served notice of her intent to sell certain assets, including affirmative claims owned by the estate against insiders of the Debtor and others. Pursuant to the stipulation, the Trustee has acknowledged that the affirmative claims against insiders and others are subject to the SBA's perfected lien.

The Court having reviewed the stipulation, and it appearing that notice is not required, and that good cause exists, it is

ORDERED as follows:

1. The stipulation between the Trustee and the United States Small Business Administration filed as Docket No. 42 on August 17, 2026, is approved.

2. The terms of the stipulation are incorporated by reference in their entirety in this order.

3. Pursuant to the stipulation and subject to entry of a subsequent order authorizing an actual sale, the sale of the affirmative claims described in the Trustee's July 27, 2026, notice shall be and clear of the lien of the U.S. Small Business Administration under 11 U.S.C. § 363(f)(2).

*****END OF ORDER*****