**Entered on Docket**
**September 10, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: September 10, 2026**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 25-30519 HLB |
| ZANOON, INC., | Chapter 7 |
| Debtor. | |

**ORDER REGARDING APPLICATION TO COMPROMISE CONTROVERSY**

This case came before the court on September 10, 2026 for a hearing on an Application to Compromise Controversy with Motion for Sale of Property filed by case trustee Marlene Weinstein.[1] The Application drew opposition from Maher Fakhouri;[2] Ms. Weinstein replied.[3] Appearances were as noted on the record.

For the reasons stated on the record, the court **ORDERS** as follows:

**1.** The hearing on the Application is hereby **CONTINUED** to **September 17, 2026** at **10:00 a.m.**

You may appear at the September 17 continued hearing in-person or by Zoom. If you choose to appear in-person, you should

[1] Dkt. 38 (the "Application"), which is supported by the Declaration of Marlene Weinstein (Dkt. 38-1) and the Declaration of Charles Maher (Dkt. 38-2).

[2] Dkt. 44, as supported by the Declaration of Maher Fakhouri (Dkt. 44-1).

[3] Dkt. 46, as supported by the Declaration of Peter Impala (Dkt. 46-1).

arrive in Courtroom 19 of the United States Bankruptcy Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA no later than 10:00 a.m. If you choose to appear by Zoom, please consult the court's website for information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**2.** No later than **4:00 p.m.** on **Monday, September 14, 2026,** Maher Fakhouri shall provide to Ms. Weinstein's counsel a deposit of $25,000 and a written overbid for the assets described in the Application (the "Assets") that conforms to the requirements set forth in the notice of the Application.[4] The court commits the issue of whether Maher Fakhouri's overbid to the requirements set forth in the Notice to Ms. Weinstein's sole discretion.

**3.** If Maher Fakhouri submits a conforming overbid, Ms. Weinstein shall convene a virtual auction for the Assets.

**4.** No later than **5:00 p.m.** on **September 16, 2026**, Ms. Weinstein shall file a pre-hearing statement that updates the court on developments following the September 10 hearing.

****END OF ORDER****

[4] Dkt. 39 (the "Notice").



Case: 25-30519 Doc# 47 Filed: 09/10/26 Entered: 09/10/26 14:19:11 Page 2 of 3

# Court Service List