Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone No.: 415-840-4199
Email: cmaher@rinconlawllp.com

Counsel for Marlene G. Weinstein,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ZANOON INC.<br>*dba* Crepevine/Cascabel,<br><br>Debtor. | Case No. 25-30519 HLB<br>Chapter 7<br>Hon. Hannah L. Blumenstiel<br><br>Date: September 17, 2026<br>Time: 10:00 a.m.<br>Place: By Zoom Videoconference<br>or In Person at<br>450 Golden Gate Avenue, 16th Floor<br>Courtroom 19<br>San Francisco, CA 94102 |

**TRUSTEE'S REPORT REGARDING AUCTION**

Marlene G. Weinstein, Chapter 7 Trustee of the estate of the above Debtor, files this report in advance of the continued hearing on the Trustee's proposed sale of assets and compromise of claims.

Objecting party Maher Fakhouri made his $25,000 deposit and submitted a qualifying, irrevocable overbid in the amount of $165,000 in advance of the September 14, 2026, 4:00 p.m. deadline set by the Bankruptcy Court.

The auction was held on September 15, 2026. Before the auction began, both parties expressed interest in obtaining a finding from the Court that he was a good faith purchaser under Section 363(m) of the Bankruptcy Code and indicated that he would submit a declaration for such

a finding if he was the winning bidder. A good faith finding was not disclosed in the original notice of sale and compromise, but the Trustee would support such a finding.

Tareq Fakhouri, the original bidder, and Maher Fakhouri participated in the auction. The winning bidder was Tareq Fakhouri with a total bid of $326,000. Maher Fakhouri's last bid was for $325,000.

At the conclusion of the auction, Maher Fakhouri was asked whether he would agree to be a back-up bidder if Tareq Fakhouri failed to perform. Maher Fakhouri would not agree to be a back-up bidder at his last bid but did agree to be a back-up bidder at $175,000 if Tareq Fakhouri did not perform.

Tareq Fakhouri's successful bid was $176,000 over his original bid. In her discretion, the Trustee allocated the additional $176,000 received at auction proportionately according to Tareq Fakhouri's original bid (*i.e.*, $100,000 for the liquor license and $50,000 for the sale and settlement of claims).

On the assumption that the Court approves the sale at auction, the Trustee will upload an order authorizing her to sell the liquor license to Tareq Fakhouri or his designee for $217,333.33 and to sell and settle the claims described in the Trustee's July 27, 2026, notice to Tareq Fakhouri for $108,666.67.

DATED: September 15, 2026 RINCON LAW, LLP

By: */s/Charles P. Maher*
Charles P. Maher
Counsel for Marlene G. Weinstein,
Chapter 7 Trustee