Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: jrios@ffwplaw.com
mkutsuris@ffwplaw.com

Counsel for Tareq Fakhouri and
San Rafael Properties, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ZANOON INC.<br>*dba* Crepevine/Cascabel,<br><br>Debtor. | Case No. 25-30519 HLB<br><br>Chapter 7<br><br>Date: September 17, 2026<br>Time: 10:00 a.m.<br>Place: By Zoom Videoconference or In Person<br>450 Golden Gate Avenue, 16th Floor<br>Courtroom 19<br>San Francisco, CA 94102<br>Judge: Hon. Hannah L. Blumenstiel |

**DECLARATION OF TAREQ FAKHOURI IN SUPPORT OF MOTION FOR ORDER AUTHORIZING COMPROMISE OF CLAIMS AND SALE OF ASSETS**

I, Tareq Fakhouri, declare as follows:

1. All facts set forth in this Declaration are based on my personal knowledge and my review of relevant documents. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

2. I have submitted an offer to and entered an agreement with Marlene G. Weinstein in her capacity as Chapter 7 Trustee of the estate of the above Debtor, for purchase of the assets described in Trustee's Motion for Order Authorizing Compromise of Claims and Sale of Assets filed on July 27, 2026, as Docket No. 38, together with supporting pleadings and declarations, including (a) the estate's Type 47 Liquor License (License No. 575464), (b) the bankruptcy estate's

claims against Maher Fakhouri, Petra Consulting & Accounting, Fawzi Habhab, Mazen Fakhouri, Mohanad Alnounou, Crepevine Ranch, Inc., members of the board of Directors on Zanoon, Inc., as described in the Trustee's July 27, 2026, notice, excluding the preferential transfer claim identified in the notice, and (c) any and all claims the bankruptcy estate has or may have against Tareq Fakhouri and/or San Rafael Properties as part of the compromise described in the Trustee's July 27, 2026, notice (collectively, the "Sale Assets").

3. I also participated in an auction conducted by the Trustee through counsel for the sale of the Sale Assets on September 15, 2026 and was the winning bidder with a total purchase price of $326,000.

4. I am a 35% owner of the Debtor, a former officer of the Debtor, and the sole owner of the Debtor's former landlord San Rafael Properties. I am related to the co-owner of the Debtor, Maher Fakhouri. I have not had any management or control over the Debtor since prior to the Debtor's bankruptcy filing, and the Trustee has held all such control over the Debtor since the bankruptcy filing. I have no other connection with the Debtor or creditors or the Trustee and have made no arrangement of any kind with the Debtor or parties with partnership interests in the Debtor following closing of the sale.

5. I participated in the negotiation of the purchase of the Sale Assets with the Trustee, through counsel, and directly at the Auction conducted by the Trustee. All of the negotiations and bids were at arms-length and in good faith. The sale process having been put to Auction was conducted at arm's length, was non-collusive, was conducted in good faith, and is substantively and procedurally fair to all parties in interest.

6. I have not colluded with any party, including any party who may also be interested in a purchase of the Sale Assets. Maher Fakhouri, through counsel, actively overbid my proposed purchase of the Sale Assets until I was declared the winning bidder. I am not aware of any collusion, fraud, or improper dealings between the Trustee and me, or any other person or party in connection with the proposed sale.

7. I have not made any representations or participated in any fraudulent conduct or other misconduct in connection with the submission of the offer for purchase.



Case: 25-30519 Doc# 50 Filed: 09/17/26 Entered: 09/17/26 09:34:38 Page 2 of 3

8. I have not paid and do not contemplate paying consideration in connection with the sale to any person other than the Trustee this Court-approved sale for the benefit of the bankruptcy estate on notice to creditors and other parties-in-interest.

I declare under penalty of perjury that the above statements are true and that if called as a witness I could and would testify to their truthfulness. This declaration is executed on the 16th day of September, 2026 in Amman, Jordan.

Tareq Fakhouri